AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

Aurinia Pharmaceuticals Inc.
&
Aurinia Pharma U.S., Inc.

*Plaintiff(s)*

v.

George F. Tidmarsh

*Defendant(s)*

Civil Action No. AAQ-25-3593

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* George F. Tidmarsh
3578 Ponderosa Dr
Ridgway, CO 81432

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Andrew C. Phillips, Meier Watkins Phillips Pusch LLP, 1120 20th St NW, Suite 550, Washington, DC 20036
Joseph L. Meadows, Gordon Rees, 277 S Washington St, Suite 550, Alexandria, VA 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/3/2025

*Signature of Clerk or Deputy Clerk*

Civil Action No. AAQ-25-3593

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* George F. Tidmarsh was received by me on *Nov. 4, 2025*.

[X] I personally served the Summons in a Civil Action; Complaint; Exhibits 1 through 16; Civil Cover Sheet; Standing Order 2019-07; Magistrate Judge Direct Assignment Order on the individual at *(place)* 2000 Block of August Drive (Intersection of August Drive and Georgia Ave.) Silver Spring, MD 20902 on *(date)* Tue, Nov 04 2025 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

[ ] I returned the summons unexecuted because: _____; or

[ ] Other: _____; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 11/04/2025

*Server's signature*

Aaron Alberts, Private Process Server

*Printed name and title*

9 Westminster Shopping Center 384, Westminster, MD 21157

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Nov 4, 2025, 12:57 pm EST at Home: 1602 Regent Manor, Silver Spring, MD 20904
Arrived at location. 3-story townhouse. 2-car garage. Garage interior light on. No vehicles in driveway. No visible security cameras (ringcam, etc). No answer at door. A dog barked from inside the unit.

2) Unsuccessful Attempt: Nov 4, 2025, 1:14 pm EST at Home: 1602 Regent Manor, Silver Spring, MD 20904
Activity-
No answer.

3) Unsuccessful Attempt: Nov 4, 2025, 1:52 pm EST at Home: 1602 Regent Manor, Silver Spring, MD 20904
No activity.

4) Unsuccessful Attempt: Nov 4, 2025, 3:04 pm EST at Home: 1602 Regent Manor, Silver Spring, MD 20904
No activity.

5) Unsuccessful Attempt: Nov 4, 2025, 3:43 pm EST at Home: 1602 Regent Manor, Silver Spring, MD 20904
No activity.

6) Successful Attempt: Nov 4, 2025, 4:22 pm EST at 2000 Block August Drive, Silver Spring, MD 20902 received by George F. Tidmarsh. Age: 65-70; Ethnicity: Caucasian; Gender: Male; Weight: 190; Height: 5'10"; Hair: White; Other: Height estimated. He was seated in a vehicle. Wore Sunglasses. ;
At approximately 405 pm a blue electric Toyota backed out of the garage of the residence. It immediately exited the neighborhood. The subject was positively identified by using a photo of the defendant that was provided to this investigator as he drove past. A female sat in the passenger seat.
Mobile surveillance was initiated. The subject performed numerous illegal traffic maneuvers while he was followed from his residence to Georgia Avenue.
The investigator remained a safe distance behind the subject during the mobile surveillance.
The subject got on the freeway and took an exit before making a last minute right hand turned off Georgia Avenue in Silver Spring Maryland on to August Road. The subject then performed an illegal u turn cutting off a car coming from the opposite direction and headed back in the direction of Georgia Avenue. This investigator was waved through by the same vehicle the subject cut off and made the same maneuver and pulled up behind subject where he was stopped in traffic. This investigator put his car in park and exited the vehicle with the legal documents in hand. This investigator approached the subject's vehicle from the driver's side, thereby positively identifying him again and placed the paperwork on top of his windshield wipers as he refused to roll down his window. The subject was notified verbally that the documents were legal documents, and that I was serving him documents. As this investigator made his way back to his own vehicle , the subject got out of his car and retrieved the documents from off his windshield and took them in hand.

**Certificate of Service**

I hereby certify that on November 5, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

As to Defendant George F. Tidmarsh, who has not yet had counsel appear on his behalf or otherwise consented to electronic service, I certify that on November 5, 2025 I served the foregoing document on Defendant in accordance with Federal Rule of Civil Procedure 5(b)(2)(C) by mailing a copy of the foregoing to his last known address: George F. Tidmarsh, 1602 Regent Manor Ct., Silver Spring, MD 20904.

Dated: November 5, 2025

*/s/ Andrew C. Phillips*
Andrew C. Phillips