IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SOUTHERN DIVISION

| | |
|---|---|
| AURINIA PHARMACEUTICALS INC., and AURINIA PHARMA U.S., INC.<br><br>     *Plaintiffs*,<br><br>  v.<br><br>GEORGE F. TIDMARSH,<br><br>     *Defendant*. | Civil Action No. 8:25-cv-3593 |

**DEFENDANT'S UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to the Federal Rule of Civil Procedure 6(b), and Local Rule 105(9), Defendant George F. Tidmarsh ("Defendant") moves the Court to extend Defendant's time to respond to Plaintiffs' Complaint up to and including December 16, 2025.  In support of this Motion, Defendant states as follows:

1. On November 2, 2025, Plaintiffs filed their Complaint in this action.

2. On November 4, 2025, Plaintiffs effected service of their Complaint on Defendant.

3. The parties have conferred and Plaintiffs do not oppose this Motion and Defendant's requested extension of time to respond to Plaintiffs' Complaint up to and including December 16, 2025.

4. No other extensions have been sought in this matter.

Dated:  November 14, 2025                    Respectfully submitted,

                                                By:*/s/ Sarah B. Meehan*
                                                    Sarah B. Meehan (Bar. No. 30428)
ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone:     (202) 339-8400
Fax:                (202) 339-8500
smeehan@orrick.com

    Darrell S. Cafasso (*Pro Hac Vice*
    Forthcoming)
    Gregory Beaman (*Pro Hac Vice*
    Forthcoming)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
Telephone:     (212) 506-5000
Fax:                (202) 212-5151
dcafasso@orrick.com
gbeaman@orrick.com

*Attorneys for Defendant*
*George F. Tidmarsh*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of November 2025, a copy of the foregoing Unopposed Motion to Extend Defendant's Time to Respond to the Complaint was served on all counsel of record via the Court's ECF system.

                                                        */s/ Sarah B. Meehan*
                                                        Sarah B. Meehan (Bar. No. 30428)