IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

|  |  |
|---|---|
| AURINIA PHARMACEUTICALS INC., and AURINIA PHARMA U.S., INC.<br><br>*Plaintiffs*,<br><br>v.<br><br>GEORGE F. TIDMARSH,<br><br>*Defendant*. | Civil Action No. 8:25-cv-3593 |

**INDEX OF EXHIBITS TO DEFEDANT GEORGE F. TIDMARSH'S
PETITION TO CERTIFY SCOPE OF EMPLOYMENT AND SUBSTITUTE THE
UNITED STATES AS DEFENDANT AND MOTION TO DISMISS THE COMPLAINT**

| Exhibit | Document | Brief Pages |
|---|---|---|
| Exhibit A | *Expedited Program for Serious Conditions — Accelerated Approval of Drugs and Biologics*, Food and Drug Administration (Dec. 2024) | 6, 22, 24 |
| Exhibit B | *Surrogate Endpoint Resources for Drug and Biologic Development*, Food and Drug Administration (July 24, 2018) | 22 |
| Exhibit C | *LUPKYNIS (voclosporin) Multi-Disciplinary Review and Evaluation*, Food and Drug Administration (2021) (excerpted) | 23 |
| Exhibit D | *LUPKYNIS (voclosporin) 2024 Label Update*, Food and Drug Administration (2024) | 23 |
| Exhibit E | *Lupkynis: EPAR - Medicine overview*, European Medicines Agency (Sept. 2022) | 23 |
| Exhibit F | Kansteiner, Fraiser, *FDA official challenges safety, efficacy of Aurinia lupus med in now-deleted LinkedIn post targeting surrogate endpoints*, FiercePharma (Sept. 30, 2025) | 26 |

| Cafasso Declaration | Declaration of Darrell Cafasso In Support of Defendant's Petition to Certify Scope of Employment and Substitute the United States as Defendant and Motion to Dismiss the Complaint | 7 |
|---|---|---|
| Galda Declaration | Declaration of Joseph P. Galda In Support of Defendant's Petition to Certify Scope of Employment and Substitute the United States as Defendant | 5, 6 |

Dated:  December 16, 2025

Respectfully submitted,

By:*/s/ Darrell S. Cafasso*
Darrell S. Cafasso (admitted *Pro Hac Vice*)
Gregory D. Beaman (admitted *Pro Hac Vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
Telephone:    (212) 506-5000
Fax:            (202) 212-5151
dcafasso@orrick.com
gbeaman@orrick.com

By:*/s/ Sarah B. Meehan*
(signed by Darrell S. Cafasso with permission of Sarah B. Meehan)
Sarah B. Meehan (Bar. No. 30428)
ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone:    (202) 339-8400
Fax:            (202) 339-8500
smeehan@orrick.com

*Attorneys for Defendant*
*Dr. George F. Tidmarsh*