IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AURINIA PHARMACEUTICALS INC., et al.,

Plaintiffs,

v.

GEORGE F. TIDMARSH,

Defendant.

Case No. 25-cv-3593-LKG

**MOTION TO WITHDRAW APPEARANCE**

Pursuant To Local Rule 101.2(a)-(b), please withdraw the appearance of Assistant United States Attorney Tarra DeShields (Bar No. 07749) as counsel for the named defendant in the above-captioned case. The Notice of Entry of Appearance at ECF No. 49 was entered in error. The defendant, Mr. George F. Tidmarsh, is represented by private counsel as reflected in ECF No. 35.

A proposed Order is submitted herewith.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

/s/
Tarra DeShields (Bar No. 07749)
Assistant United States Attorney
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4800
(410) 962-2310 (fax)
Tarra.Deshields@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 12, 2026, a copy of the Motion to Withdraw

Appearance was filed through the Court's CM/ECF system and was thus so served on all counsel of record.

____/s/________________________
Tarra DeShields
Assistant United States Attorney